UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CRUZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>DR. HO, et al.,<br><br>        Defendants. | 1:15-cv-00192-EPG-PC<br><br>NOTICE OF INSUFFICIENT SERVICE (ECF No. 16.) |

On October 8, 2015, the Court received a "Notice of Death of Plaintiff," which stated that counsel for the defendant, Dr. Ho, had been advised that plaintiff Albert Cruz passed away on July 28, 2015.

According to the proof of service, the notice was only served on the late Mr. Albert Cruz. Moreover, the proof of service was unsigned.

According to <u>Barlow v. Ground</u>, 39 F.3d 231, 233 (9th Cir. 1994), the party notifying, or "suggesting" a plaintiff's death must "serve other parties and nonparty successors or representatives of the deceased with a suggestion of death in the same manner as required for service of the motion to substitute." Fed. R. Civ. P 25(a)(1). Additionally, a proof of service must be signed. Fed. R. Civ. P. 11(a).

Because the notification failed to meet these requirements, it has not been properly served and does not trigger the running of the 90 day period referred to in Fed. R. Civ. P. 25(a)(1).

IT IS SO ORDERED.

    Dated:   **October 15, 2015**                 **/s/ Erica P. Grosjean**
                                                                    UNITED STATES MAGISTRATE JUDGE