UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT CRUZ,<br><br>           Plaintiff,<br><br>     vs.<br><br>DR. HO, et al.,<br><br>           Defendants. | 1:15-cv-00192-EPG-PC<br><br>ORDER DISMISSING PLAINTIFF FROM THIS CASE UNDER RULE 25, AND DISMISSING THIS CASE IN ITS ENTIRETY<br><br>ORDER FOR CLERK TO CLOSE CASE |

## I.     BACKGROUND

Albert Cruz ("Plaintiff"), a jail inmate proceeding *pro se*, filed this civil rights action on February 5, 2015 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) This action now proceeds on the initial complaint against defendant Dr. Ho ("Defendant") for failing to provide adequate medical care in violation of the Eighth Amendment.

On February 12, 2015, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (ECF No. 4.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On May 3, 2016, Defendant filed a "Notice of Death of Plaintiff," stating that counsel for Defendant was advised that Plaintiff Albert Cruz passed away on July 28, 2015. (ECF No. 21.) Albert Cruz is the sole plaintiff in this action.

## II. FEDERAL RULE OF CIVIL PROCEDURE 25

Pursuant to Rule 25 of the Federal Rules of Civil Procedure, "[i]f a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties. Fed. R. Civ. P. 25(a)(1). The motion for substitution may be made by any party or by the successors or representatives of the deceased party and, together with the notice of hearing, shall be served on the parties as provided in Rule 5 and upon persons not parties in the manner provided in Rule 4 for the service of a summons, and may be served in any judicial district. Id. Unless the motion for substitution is made not later than 90 days after the death is suggested upon the record by service of statement of the fact of the death as provided for herein for the service of the motion, the action shall be dismissed as to the deceased party." Id.

Defendant has provided a certificate of service showing that the "Notice of Death of Plaintiff" was served upon plaintiff's next of kin in the manner required by Rule 25, which was effective to trigger the ninety-day period for Plaintiff's successors or representatives to move to substitute themselves for Plaintiff as a party. (ECF No. 21-1.) More than ninety days have passed since the "Notice of Death of Plaintiff" was served, and no motion for substitution has been filed by any party or any of Plaintiff's successors or representatives. Therefore, Albert Cruz, the sole plaintiff in this action, shall be dismissed from this action. In light of Plaintiff's dismissal, the case shall be dismissed in its entirety.

## III. CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED that:**

1. Plaintiff, Albert Cruz, is dismissed from this action under Rule 25;
2. This case is dismissed in its entirety; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**August 22, 2016**__               /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE